IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| LAMONT OWENS, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | CASE NO.:  1:04-cv-152 |
| | ) | |
| HOWARD HOWE, | ) | |
| | ) | |
| Defendant and | ) | |
| Counter-Plaintiff. | ) | |

## ORDER

The Court, having reviewed the Motion to Dismiss Counterclaim without Prejudice by Defendant/Counter-Plaintiff Howe, and being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Counterclaim brought by Defendant/Counter-Plaintiff Howe in this matter is dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

ENTer January 28, 2005

S/Roger B. Cosbey
U.S. Magistrate Judge
Judge/Magistrate Judge
Northern District of Indiana
Fort Wayne Division

1