IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LAMONT OWENS,<br>　　　Plaintiff, | )<br>)<br>) |
| vs | )    CASE NO. 1:04-cv-152 |
| HOWARD HOWE,<br>　　　Defendant. | )<br>)<br>) |

## ORDER

Counsel appear before the Court, this 27th day of January, 2005, for a further scheduling conference and the Further Report of Parties' Planning Meeting is approved and made an order of the Court. Based on the stipulation of the parties, the Clerk is directed to enter a judgment in favor of the Plaintiff and against the Defendant in the full statutory award amount of $1,000.00 under 15 U.S.C. §1692k. Actual damages are waived. The pending Motion for Summary Judgment, Docket Entry #62, is deemed moot.

Any petition for attorney fees is to be filed in accordance with Fed.R.Cv.P.54(d)(2)(B). The Court anticipates entering an order that any motion for an award of attorney's fees is the equivalent of a Rule 59 request under Fed.R.Civ.P.58(c)(2).

SO ORDERED: January 28, 2005

　　　　　　　　　　　　　　　　　　　　S/ROGER B. COSBEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge